UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>HARRISON THOMAS CALDWELL,<br><br>      Defendant. | 5:24-CR-50036-02-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On August 21, 2024, defendant, Harrison Caldwell, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to Count 4 of the Second Superseding Indictment. Count 4 of the Second Superseding Indictment charges Caldwell with Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3) and 1153. Both parties waived any objection to the report and recommendation.

After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 65) is adopted. The defendant is adjudged guilty of Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3) and 1153. It is

FURTHER ORDERED that the sentencing hearing in this matter will be on November 15, 2024, at 9:00 a.m. in Rapid City, Courtroom 2.

Dated August 21, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE